IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **13-cv-137-AP**

**DOLLAR STORE PLUS, LLC,**

    Plaintiff,

v.

**UNITED STATES DEPARTMENT OF AGRICULTURE,**

    Defendants.

## ORDER OF DISMISSAL

Kane, J.

On March 19, 2013, this court entered an Order to Show Cause (doc. #16), directing plaintiff to show cause, if any, why this case should not be dismissed pursuant to D.C.COLO.LCivR 41.1 for lack of prosecution and failure to cause substitute counsel to enter an appearance. To date, substitute counsel has not entered an appearance, and no response to the Order to Show Cause has been filed. It is, therefore

**ORDERED** that this case is **DISMISSED** without prejudice.

Dated: July 12, 2013

                                                BY THE COURT:

                                                *S/John L. Kane*
                                                JOHN L. KANE, SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT