IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00137-AP

DOLLAR PLUS STORE, LLC,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE,
FOOD AND NUTRITION SERVICE,
AUDREY ROWE, Administrator,
MOUNTAIN PLAINS REGIONAL AUTHORIZATION/REAUTHORIZATION HUB,

    Defendants.

## FINAL JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by the Honorable Judge John L. Kane, on July 12, 2013 it is hereby

ORDERED that this case is dismissed without prejudice for failure to prosecute. Accordingly, this civil action is dismissed.

DATED at Denver, Colorado this 15th day of July, 2013.

    FOR THE COURT,
    GREGORY C. LANGHAM, Clerk

    By: s/ Edward P. Butler
        Edward P. Butler, Deputy Clerk